# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OLA TALAL ABU ALRUB, | |
| Plaintiff, | CIVIL NO. 21-1203 (PAD) |
| v. | |
| PUERTO RICO PORT AUTHORITY, et. als. | |
| Defendants. | |

## JUDGMENT

In accordance with the Memorandum and Order issued today (Docket No. 10), judgment is hereby entered dismissing the case without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of June, 2021.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge